IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4701 |
| | : | |
| CVS RX SERVICES, INC., et al. | : | |

## ORDER

AND NOW, this 26th day of January, 2022, upon consideration of the City of Philadelphia's Motion to Remand, Defendants response in opposition, and the arguments presented at the November 29, 2021, telephonic hearing on the Motion, and for the reasons discussed in the accompanying Memorandum, it is ORDERED the Motion (Document No. 2) is GRANTED.

This case shall be immediately REMANDED to the Pennsylvania Court of Common Pleas for further proceedings.

It is FURTHER ORDERED Defendants' Motion to Stay Pending Likely Transfer to Multidistrict Litigation (Document No. 6) is DISMISSED as moot.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.